UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSA MARIA CABRERA THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>MUKILTEO SCHOOL DISTRICT NO. 6,<br><br>Defendant. | CASE NO. 2:25-cv-00529-JNW<br><br>ORDER |

This matter comes before the Court on its review of the record.

Plaintiff Rosa Maria Cabrera Thompson has filed six motions this month, including three in the past week regarding the same privilege dispute. Dkt. Nos. 117, 118, 122, 131, 138, 143. This pattern of repeated filings on the same subject matter is unacceptable and wastes judicial resources.

Thompson's latest filing seeks to "set sequencing" for matters the Court will address according to established procedures when the existing pending motions become ripe for consideration. The Federal Civil Rules and Local Civil Rules

ORDER - 1

already provide the procedural framework for resolving discovery disputes between the parties. Thompson's motion at Dkt. No. 143 is therefore DENIED.

The Court warns Thompson that continued serial filings may result in sanctions, including filing restrictions. A party's pro se status does not excuse compliance with procedural rules.

Dated this 27th day of August, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2