UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSA MARIA CABRERA THOMPSON, | CASE NO. 2:25-cv-00529-JNW |
| Plaintiff, | ORDER |
| v. | |
| MUKILTEO SCHOOL DISTRICT NO. 6, | |
| Defendant. | |

The Court held a hearing on several pending motions on Friday, September 12, 2025. This written order confirms and supersedes the Court's oral rulings and controls in the event of any inconsistency with statements made during the hearing.

For the reasons stated on the record, the Court rules as follows:

1. Mukilteo School District No. 6's ("District") Motion to Adopt a Modified Model Court Electronically Stored Information (ESI) Agreement is GRANTED. Dkt. No. 115. The District must produce a clean, unmarked version of the proposed ESI Order for this Court's signature within SEVEN (7) days of this order.

2. Plaintiff Rosa Maria Cabrera Thompson's competing Motion for Discovery for Entry of ESI Protocol is DENIED. Dkt. No. 117.

3. The District's Motion to Compel Plaintiff to Delete, Destroy, and Disregard Inadvertently Disclosed Documents is GRANTED. Dkt. No. 126.

4. Thompson is ORDERED to

   a. Immediately delete, destroy, and disregard all documents obtained through the August 11, 2025, ShareFile production link, regardless of which folder or subfolder within the link contained the documents;

   b. Strike or withdraw any documents obtained through the August 11, 2025, ShareFile production link from any filings in *Cabrera v. Seattle Public Schools*, No. 2:25-cv-468-TL, within SEVEN (7) days of this order, including by withdrawing and refiling any motion in that case, if necessary;

   c. File a sworn declaration certifying compliance with subparts (a) and (b) above within SEVEN (7) days of this order.

5. The District is ORDERED to

   a. Reproduce all documents it intended to provide Thompson through its August 11, 2025, ShareFile production link within SEVEN (7) days of this order;

   b. Complete its privilege review of all materials accessible through its August 11, 2025, ShareFile production link, as of that date, and

produce a privilege log identifying all such documents withheld on the basis of privilege within THIRTY (30) days of this order;

c.  Produce or supplement any responsive, non-privileged documents relevant to Thompson's discovery requests pending as of August 11, 2025, within THIRTY (30) days of this order.

6.  Thompson's Motion for In Camera Review and Applying the Crime-Fraud Exception is DENIED. Dkt. No. 131.

7.  The Court STRIKES the sealed document indexes and documents submitted by Thompson. Dkt. Nos. 146, 155.

8.  For judicial efficiency and given the Court's ruling on inadvertent disclosure, Thompson's Motion for Partial Summary Judgment is STRICKEN with leave to refile. Dkt. No. 122. Any refiled motion must be based solely on properly obtained discovery materials.

9.  The District's Motion for an Extension to respond to Thompson's Motion for Summary Judgment is DENIED AS MOOT.

10. The parties are ORDERED to engage in good faith meet-and-confer efforts by email exchange during business hours before filing any motions related to discovery disputes or before filing any other motion that requires a meet-and-confer certification. The Court will consider sanctions for obstreperous exchanges or continued misuse of emergency procedures.

IT IS SO ORDERED.


Dated this 12th day of September, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 4