UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSA MARIA CABRERA THOMPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MUKILTEO SCHOOL DISTRICT NO. 6,<br><br>　　　　Defendant. | CASE NO. 2:25-cv-00529-JNW<br><br>SCHEDULING ORDER FOR DISCOVERY MOTIONS |

The Court raises this matter of its own accord. Plaintiff Rosa Maria Cabrera Thompson contacted chambers about filing more discovery related motions. Given the extensive history of discovery motions in this matter so far, the Court finds it necessary to establish the procedures below for resolving any future discovery disputes.

The Court ORDERS as follows:

1. *Meet and confer requirement.* As always, before raising a discovery dispute with the Court, the parties must meet and confer in good faith and make a genuine effort to resolve the dispute without court intervention. *See* LCR 37(a). The Court expects meaningful engagement from both parties during

SCHEDULING ORDER FOR DISCOVERY MOTIONS - 1

this process. A party that fails to participate in the meet-and-confer process in good faith may be subject to sanctions. Consistent with the Court's prior orders, all meet-and-confer communications will be conducted by email during business hours. *See* Dkt. Nos. 158 at 3; 211 at 6. If any parties' meet-and-confer requests or exchanges are excessive, harassing, or otherwise impose an undue burden, the opposing party may move for a limiting order. Any such motion must follow the procedures set forth below and must describe with specificity the communications at issue.

2. *Conference request and joint statement.* If the parties cannot resolve the issue on their own, the parties must request a conference with the Court before filing any discovery-related motions. *See* Fed. R. Civ. P. 16(b)(3)(B)(v). The moving party must submit a joint statement to the Court briefly explaining the issue(s) in dispute. The Joint Statement may not exceed three pages and must be filed via CM/ECF. Parties may attach exhibits to the joint statement. Once filed, the moving party should contact Courtroom Deputy Grant Cogswell at grant_cogswell@wawd. uscourts.gov to schedule a conference. Conferences will take place via Zoom.

3. *Resolution.* The Court will try to resolve the dispute at the conference or in a minute order. If, during the conference, the Court determines that the dispute involves complex issues that require further briefing, the Court will provide further direction to the parties on a briefing schedule. If the

SCHEDULING ORDER FOR DISCOVERY MOTIONS - 2

parties believe full briefing is required, they should explain that in their joint statement.

No party may file a discovery motion without first complying with these procedures. Any motion filed in violation of this Order will be stricken. This Order does not apply to *Daubert* motions (i.e., motions to strike expert testimony).

Dated this 10th day of April, 2026.

Jamal N. Whitehead
United States District Judge