UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSA MARIA CABRERA THOMPSON,<br><br>           Plaintiff,<br><br>   v.<br><br>MUKILTEO SCHOOL DISTRICT NO. 6,<br><br>           Defendant. | CASE NO. 2:25-cv-00529-JNW<br><br>ORDER |

This matter comes before the Court on Plaintiff Rosa Maria Cabrera Thompson's motion to extend the expert disclosure deadline by 90 days and for expedited briefing, Dkt. No. 267, arguing an extension is warranted because Defendant Mukilteo School District No. 6 ("Mukilteo" or "District") has failed to comply with its discovery obligations and hindered Thompson from selecting experts. Dkt. No. 267. The District opposes, arguing that it has been compliant with its discovery obligations and that no other reason justifies good cause to extend the deadline. Dkt. No. 270. The District asks for a 30-day extension, if the Court decides to extend the deadline.

ORDER - 1

When a request for an extension of time is made before the original deadline expires, the Court may extend the time for good cause. Fed. R. Civ. P. 6(b)(1)(A). A case schedule "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Under the Local Civil Rules, "[m]ere failure to complete discovery within the time allowed does not constitute good cause for an extension or continuance." Local Civ. R. 16(b)(6). The good cause standard is a "non-rigorous standard" that should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal quotation marks and citations omitted).

Mindful of these standards, the Court finds good cause for a limited extension. Responses to Thompson's outstanding subpoenas were not due until May 8, 2026, and that discovery bears on her selection of experts. Thompson's proposed 90-day extension, however, is too long—it would push expert disclosures past the close of discovery and into the dispositive motion deadline. A 30-day extension accommodates the pending subpoena responses without disturbing the remaining schedule.

Accordingly, Thompson's motion, Dkt. No. 267, is GRANTED IN PART. The expert disclosure deadline is EXTENDED to June 10, 2026. All other deadlines remain the same. Dkt. No. 109.

ORDER - 2

Dated this 11th day of May, 2026.

Jamal N. Whitehead
United States District Judge

ORDER - 3