UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSA MARIA CABRERA THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>MUKILTEO SCHOOL DISTRICT NO. 6,<br><br>Defendant. | CASE NO. 2:25-cv-00529-JNW<br><br>ORDER GRANTING MOTION FOR CONTINUANCE |

This matter comes before the Court on Plaintiff's motion for a 90–120-day continuance of the trial date and related dates in this matter. Dkt. No. 355. Defendant "does not oppose a reasonable modification of the current case schedule" but "requests that the Court consider a shorter extension[.]" Dkt. No. 403 at 1–2. Defendant also contests Plaintiff's explanation that a continuance is needed because of Defendant's unreasonable delay, but Defendant does not argue Plaintiff has failed to diligently pursue this case. *Id.* at 2. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (a district court may modify a pretrial schedule for "good cause," which "primarily considers the diligence of the party

seeking the amendment."). And while Defendant is correct that Plaintiff argues she is entitled to a continuance in part because of the timing of her amended complaint, she also points to the difficulties in scheduling depositions for which Defendant bears some responsibility. *See* Dkt. No. 355 at 4.

The Court finds that the requirements of LCR 16(b)(6) have been met and considering the extensive discovery in this case, the number of pending discovery motions and depositions, the Court GRANTS the motion and finds a 90-day continuance is appropriate. Because the Court previously granted the parties' joint request for a 120-day continuance of the trial date and related deadlines, Dkt. No. 292, the Court anticipates that this will be the final continuance granted in this case.

Accordingly, the Court sets the following trial and related dates:

| **EVENT** | **DATE** |
|---|---|
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | January 8, 2027 |
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | Within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | January 8, 2027 |
| Discovery completed by | February 9, 2027 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | March 8, 2027 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | April 21, 2027 |

| EVENT | DATE |
|---|---|
| All motions in limine must be filed by (*see* LCR 7(d)) | May 12, 2027 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | June 1, 2027 |
| Agreed pretrial order due | June 1, 2027 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | June 7, 2027 |
| Pre-trial conference | June 14, 2027 |
| Trial date | June 21, 2027 |

The Local Civil Rules set all other dates. The dates listed in this order and set by the Local Civil Rules are firm and cannot be changed by agreement between the parties. Only the Court may alter these dates and it will do so only if good cause is shown. Failure to complete discovery within the time allowed does not establish good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event must be performed on the next business day. If the scheduled trial date creates an irreconcilable conflict, counsel must email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov within 10 days of the date of this Order, explaining the exact nature of the conflict. Failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled but should understand that trial may have to await the completion of other cases.

**1. COOPERATION**

This case has already involved a plethora of discovery-related motions and disputes. The Court reminds the parties they must make every attempt to resolve discovery matters by agreement as required by LCR 37(a). The parties are also directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

**2. EXHIBITS**

The parties must deliver one copy of their respective trial exhibits to Grant Cogswell, Courtroom Deputy, five (5) days before the trial date. Each exhibit must be clearly marked on the face of the exhibit. Each set of exhibits must be submitted in a three−ring binder with appropriately numbered tabs. The Court alters the LCR 16.1 procedure for numbering exhibits as follows: Plaintiff's exhibits should be numbered consecutively beginning with 1; Defendant's exhibits should include the prefix "A" and should be numbered consecutively beginning with A−1. Duplicate documents should not be listed twice. Once a party has identified an exhibit in the pretrial order, any party may use it. In addition, no later than seven (7) days before the trial date, the parties should send an electronic copy of all exhibits in .PDF format with Optical Character Recognition ("OCR") searchable text to Grant Cogswell, Courtroom Deputy. The parties should notify the court of any physical objects or files that cannot be transmitted electronically. Exhibits must be marked as described above, and the following protocols also apply: (1) Electronic exhibits must be transmitted individually (i.e., one exhibit per file), but exhibits may have multiple pages; (2) Exhibit file names should match the descriptions listed on the

joint exhibit list as closely as possible except that file names should not exceed 80 characters, e.g., Ex. 1 – Accident Scene Photo; Ex. A–1 – Email dated 4–03–23.

## 3. SETTLEMENT

If this case settles, counsel must notify Grant Cogswell, Courtroom Deputy, as soon as possible at grant_cogswell@wawd.uscourts.gov. An attorney who fails to give the courtroom deputy prompt notice of settlement may be subject to sanctions or discipline under LCR 11(b).

## 4. CONCLUSION

In sum, the Court GRANTS Plaintiff's motion for a continuance and extends the discovery deadline and related deadlines. Dkt. No. 355.

Dated this 15th day of October, 2026.

Jamal N. Whitehead
United States District Judge