UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSA MARIA CABRERA THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>MUKILTEO SCHOOL DISTRICT NO. 6,<br><br>Defendant. | CASE NO. 2:25-cv-00529-JNW<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge:

The Court held a status conference on Tuesday, November 24, 2026, and announced a new protocol for resolving discovery disputes. This written order confirms and supersedes the Court's oral ruling on the new discovery protocol and controls in the event of any inconsistency with statements made during the hearing.

For the reasons stated on the record, the Court orders as follows:

1. As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. If agreement is not possible, before filing any

discovery motions—including those involving nonparties—the parties must request a conference with the Court. *See* Fed. R. Civ. P. 16(b)(3)(B)(v).

2. The moving party must submit a joint statement to the Court briefly identifying the issue(s) in dispute. The joint statement may be no more than three (3) pages and must be filed via CM/ECF.
3. After filing the joint statement, the moving party should contact Courtroom Deputy Grant Cogswell at Grant_Cogswell@wawd.uscourts.gov to schedule a Zoom conference. All counsel must be copied on the email.
4. If the discovery dispute involves a complex legal question that cannot be resolved at the conference, the Court will provide further direction to the parties on a briefing schedule. If the parties believe full briefing is required, they should explain that in their joint statement.

Dated this 24th day of November 2026.

Joshua C. Lewis
Clerk
/s/ *Kathleen Albert*
Deputy Clerk